UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FONTENETTE,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD BORLA, et al.,<br><br>    Defendants. | Case No. 25-cv-10673-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

**IT IS SO ORDERED.**

Dated: December 17, 2025



William H. Orrick
United States District Judge