UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND A. CHATMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD BORLA, et al.,<br><br>    Defendants. | Case No. 25-cv-10700-LJC<br><br>**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: January 6, 2025

_____
LISA J. CISNEROS
United States Magistrate Judge