1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINCEY LEE CLARK,

          Plaintiff,

    v.

EDWARD BORLA, et al.,

          Defendants.

Case No. 26-cv-00151-RS (PR)

**ORDER OF REFERRAL FOR
PURPOSE OF DETERMINING
RELATIONSHIP**

       Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

       **IT IS SO ORDERED.**

**Dated:**  January 9   , 2026

_____
RICHARD SEEBORG
Chief United States District Judge