UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CECIL D EVERETT,

          Plaintiff,

     v.

EDWARD BORLA, et al.,

          Defendants.

Case No.  25-cv-10942-JD

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

     Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to C No. 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

     **IT IS SO ORDERED.**

Dated: January 12, 2026

_____
JAMES DONATO
United States District Judge