UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK WAYNE RATHBUN,

Plaintiff,

v.

EDWARD BORLA, et al.,

Defendants.

Case No. 26-cv-01080-RMI

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to 3: 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

**IT IS SO ORDERED.**

Dated: February 5, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California