UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH RODRIGUEZ,<br><br>      Plaintiff,<br><br>      v.<br><br>EDWARD BORLA, et al.,<br><br>      Defendants. | Case No. 26-cv-03343 BLF (PR)<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CHRISTOPHER BRYAN MCKENZIE,<br><br>      Plaintiff,<br><br>      v.<br><br>EDWARD BORLA, et al.,<br><br>      Defendants. | Case No. 25-cv-02820 TLT (PR) |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

**IT IS SO ORDERED.**

**Dated:** April 23, 2026

_____
BETH LABSON FREEMAN
United States District Judge

Referral for Purpose of Determining Rel.
PRO-SE\BLF\CR.26\03343Rodriguez_referral.relate

United States District Court
Northern District of California