United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT NAVARRO ZURITA,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA ROJAS, et al.,<br><br>Defendants. | Case No. 26-cv-03135-SVK<br><br>**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CHRISTOPHER BRYAN MCKENZIE,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD BORLA, et al.,<br><br>Defendants. | Case No. 25-cv-02820-TLT |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

**SO ORDERED.**

Dated: April 24, 2026

_____
Susan van Keulen
United States Magistrate Judge