UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JEFFERSON,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA ROJAS, et al.,<br><br>Defendants. | Case No.  26-cv-03156-LJC<br><br>**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: May 5, 2026

LISA J. CISNEROS
United States Magistrate Judge