United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL JOSE CASARES,<br><br>       Plaintiff,<br><br>    v.<br><br>CYNTHIA ROJAS, et al.,<br><br>       Defendants. | Case No.  26-cv-02985-KAW (PR)<br><br>**Judicial Referral for Purpose of Determining Relationship** |
| CHRISTOPHER BRYAN MCKENZIE,<br><br>       Plaintiff,<br><br>    v.<br><br>EDWARD BORLA, et al.,<br><br>       Defendants. | Case No.  25-cv-02820-TLT (PR) |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla, et al.*, Case No. 25-cv-02820-TLT (PR).

IT IS SO ORDERED.

Dated: May 7, 2026

KANDIS A. WESTMORE
United States Magistrate Judge