**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VICTOR H. CASTILLO, | Case No. 26-cv-04793-PHK |
| Plaintiff, | **ORDER OF REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP WITH EARLIER-FILED CASE** |
| v. | |
| EDWARD BORLA, et al., | |
| Defendants. | |

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

**IT IS SO ORDERED.**

Dated: May 29, 2026

PETER H. KANG
United States Magistrate Judge