UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO S. DIAZ,

          Plaintiff,

     v.

CYNTHIA ROJAS, et al.,

          Defendants.

Case No.  26-cv-04794-RMI

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to 3:25-cv-02820-TLT, *McKenzie v. Borla, et al*.

**IT IS SO ORDERED.**

Dated: June 3, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California