UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT L. DORCHESTER,

        Plaintiff,

    v.

CYNTHIA ROJOS, et al.,

        Defendants.

Case No.  26-cv-03785-PHK

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP WITH EARLIER-FILED CASE**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

**IT IS SO ORDERED.**

Dated: June 3, 2026

_____
PETER H. KANG
United States Magistrate Judge