UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALBERT ELADIO HIDALGO,

           Plaintiff,

    v.

CYNTHIA ROJAS, et al.,

           Defendants.

Case No. 26-cv-05200-TSH

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

**IT IS SO ORDERED.**

Dated: June 8, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California