UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SELVIN A. CORDOVA,

        Plaintiff,

    v.

EDWARD BORLA, et al.,

        Defendants.

Case No. 26-cv-04001-RFL (PR)

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

    **IT IS SO ORDERED.**

**Dated:**  June  25 , 2026

_____
RITA F. LIN
United States District Judge