UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BALTAZAR ORTIZ,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA ROJAS, et al.,<br><br>Defendants. | Case No.  26-cv-06434-TSH<br><br>**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

**IT IS SO ORDERED.**

Dated: July 7, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge