United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

JUAN PABLO LOPEZ,

        Plaintiff,

    v.

EDWARD BORLA, et al.,

        Defendants.

Case No. 26-cv-06563-LB

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to Case No. 25-cv-02820-TLT, *McKenzie v. Borla, et al*.

**IT IS SO ORDERED.**

Dated: July 10, 2026

_____

LAUREL BEELER
United States Magistrate Judge

ORDER – No. 26-cv-06563-LB