United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL CHARLES CAMOU,
Plaintiff,

v.

EDWARD BORLA, et al.,
Defendants.

Case No. 26-cv-07389-EKL

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: July 27, 2026

Eumi K. Lee
United States District Judge