United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS GALARZA,<br>Plaintiff,<br>v.<br>EDWARD BORLA, et al.,<br>Defendants. | Case No. 26-cv-04766-JD<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP TO *MCKENZIE V. BORLA, ET AL.*, 25-CV-02820-TLT** |

Pursuant to N.D. Cal. Civil Local Rule 3-12(c), this case is referred to the Honorable Trina L. Thompson for consideration of whether it is related to *McKenzie v. Borla, et al.*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: August 6, 2026

JAMES DONATO
United States District Judge