UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARMEN NEGRETE,
Plaintiff,
v.
EDWARD BORLA, et al.,
Defendants.

Case No. 26-cv-11406 BLF (PR)

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

CHRISTOPHER BRYAN MCKENZIE,
Plaintiff,
v.
EDWARD BORLA, et al.,
Defendants.

Case No. 25-cv-02820 TLT (PR)

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to 25-cv-02820-TLT, *McKenzie v. Borla, et al.*

**IT IS SO ORDERED.**

**Dated:** November 18, 2026

BETH LABSON FREEMAN
United States District Judge

Referral for Purpose of Determining Rel.
PRO-SE\BLF\CR.26\11406Negrete_referral.relate

United States District Court
Northern District of California